### GOODRUM *v.* SOUTHERN RAILWAY COMPANY.

FISH, J. The evidence demanded a verdict in favor of the defendant; consequently the court did not err in so directing.

*Judgment affirmed. All the Justices concurring.*

Argued November 16, — Decided December 12, 1901.

Action for damages. Before Judge Reagan. Monroe superior court. August term, 1901.

*W. M. Clark,* for plaintiff in error.
*Dessau, Harris & Harris,* for defendant.